IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY PHILLIPS                                                                                       PLAINTIFF
ADC #83626

V.                              NO.  2:06cv00194 JLH-JWC

YHNG, et al                                                                                          DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for leave to amend his complaint (docket entry #16) is denied.  If Plaintiff wishes to pursue the allegations of his current amendment, he should file a new 42 U.S.C. § 1983 civil rights action, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or pay the $350.00 statutory filing fee.

IT IS SO ORDERED this 22nd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE