IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY PHILLIPS                                                                                    PLAINTIFF

V.                                   NO. 2:06cv00194 JLH

DR. YEE YANG, et al                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is hereby dismissed in its entirety, without prejudice. All pending motions are denied as moot. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 29th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE